UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 APR 18 AM 9:26
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| RHETT W. PEASE | § | |
| vs. | § | Civil No. 1:11-CV-305 LY |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, JANELL PEASE, DANIEL HERBRICH, REBECCA JIMENEZ, MARTIN PLACKE, LEE COUNTY, TEXAS, BURLESON COUNTY, TEXAS, ANNE HEILIGENSTEIN, JOHN DELANEY, SUSAN MARQUESS, AND KATHY WEISHUHN | § | |

## ORDER

The above captioned cause, having been removed to this Court on April 15, 2011, from the 126th Judicial District Court of Travis County County, Texas, and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 18th day of April, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE