IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 MAY -6  AM 11: 16
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
                                    DEPUTY

| | |
|---|---|
| RHETT W. PEASE, individually and as Best friend to and parent of and on behalf WCP and BCP, minors,<br>    Plaintiffs,<br><br>v.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, JANELL PEASE, DANIEL HERBRICH, REBECCA JIMENEZ, MARTIN PLACKE, LEE COUNTY, TEXAS, ANNE HEILIGENSTEIN, JOHN DELANEY, SUSAN MARQUESS, KATHY WEISHUHN and GLENN H. WILLIAMS<br>    Defendants. | CIVIL ACTION NO. 1:11-CV-305-LY<br><br><br><br><br><br><u>REQUEST FOR ENTRY<br>OF DEFAULT JUDGMENT<br>AGAINST JANELL PEASE</u> |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff asks the clerk of the court to enter default against defendant, JANELL PEASE as authorized by Federal Rule of Civil Procedure 55.

### A. Introduction

1. Rhett Webster Pease is plaintiff. JANELL PEASE is a defendant.

2. On March 17, 2011, Plaintiff sued the defendants for unlawfully severing his parental relationship with his son BCP. The suit also alleges that Janell Pease and Rebecca Jimenez made false reports of child abuse that was the cause of the current deprivation.

3. On March 22, 2011, JANELL PEASE was served with a summons and complaint as evidenced in Doc 1-4, pages 61-63 of the record accompanying the removal. Defendant did not file a responsive pleading or otherwise defend the suit.

4. Plaintiff is, therefore, entitle to entry of default.

### B. Argument & Authorities

5. The clerk of the court may enter default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed.R.Civ.P 55(a); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

6. The clerk should enter a default against defendants because defendant did not file an answer within 20 days after February 4, 2010. Fed.R.Civ.P. 12(a)(1)(A).

7. Plaintiff meets the procedural requirements for obtaining entry of default from the clerk as demonstrated by Rhett Webster Pease's sworn affidavit, attached as Exhibit C.

8. Because defendant did not file a responsive pleading or otherwise defend the suit, defendant is not entitled to notice of entry of default. See *Direct Mail Specialists, Inc., v. Eclat Computerized Tech., Inc.*, 840 F.2d 685, 689 (9th Cir. 1988).

### C. Conclusion

9. Defendant was properly served with service of process, the time since service has been more than 20 days. The return of service has been on the record of the court for more than ten days.

### D. Prayer

10. For these reasons, plaintiff asks the clerk to enter default against Janell Pease in favor of plaintiff.

Respectfully,

*[signature]*

Rhett Webster Pease
6715 Skynook Drive
Austin, Texas 78745
(512) 699-0164

## CERTIFICATE OF SERVICE

I, Rhett Pease do hereby certify that I have sent a true and correct copy of the notice of appearance to the following on this the 3rd day of May, 2011:

Gunnar P. Seaquist
Texas Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Guajardo & Guajardo
1504 San Antonio Street, Suite 200
Austin, Texas 78701

Janell Pease
6044 W. FM 66
McDade, Texas 78650

Rebecca Jimenez
117 Markert Drive #2
Elgin, Texas 78621

_____
Rhett Pease

# CITATION
## THE STATE OF TEXAS
### CAUSE NO. D-1-GN-11-000761

RHETT W PEASE, INDIVIDUALLY AND BEST FRIEND TO PARENT OF AND ON BEHALF OF WCP
AND BCP BCP, MINORS , Plaintiff
 vs.
TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, JANELL PEASE, DANIEL
HERBRICH, REBECCA JIMENEZ, MARTIN PLACKE, LEE COUNTY, TEXAS, BURLESON COUNTY, , Defendant
TEXAS, ANNE HEILIGENSTEIN, JOHN DELANEY, SUSAN MARQUESS, KATHY WEISHUHN AND
GLENN H WILLIAMS

TO: JANELL PEASE
    6044 W. FM 696
    MCDADE, TEXAS 78650

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION of the PLAINTIFF in the above styled and numbered cause, which was filed on MARCH 14, 2011 in the 126TH JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, March 15, 2011.,

REQUESTED BY:
CAROLYN BARNES
419 INDIAN TRAIL
LEANDER, TX 78641
BUSINESS PHONE:(512)388-6000
FAX:(512)388-4000

AMALIA RODRIGUEZ-MENDOZA
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: GARZA STEPHANIE

-- - -- - -- - -- - -- - -- -- R E T U R N -- - -- - -- - -- - -- - --

Came to hand on the ____ day of _____, _____ at _____ o'clock ___M., and executed at _____ within the County of _____ on the ____ day of _____, _____, at _____ o'clock ___M., by delivering to the within named _____, each in person, a true copy of this citation together with the PLAINTIFF'S ORIGINAL PETITION AND NOTICE OF FILING OF NEW EFILE MANDATE ORDER accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

____ day of _____, _____.

By:_____

Printed Name of Server

_____ County, Texas

Notary Public, THE STATE OF TEXAS   RECEIVED

D-1-GN-11-000761           2011 MAR 15 AM 10:03        CONSTABLE            P01 - 04180
☐ Original       ☐ Service Copy
                 CONSTABLE PRECINCT 5
                 TRAVIS COUNTY, TEXAS

Bruce Elfant
Constable Pct. 5
Travis County, Texas

| | | |
|---|---|---|
| Cause No. D1GN11000761 | {} {} {} | In the 126TH District Court<br>TRAVIS County |

Plaintiff:
PEASE, RHETT W INDIVIDUALLY AND BEST FRIEND TO PARENT OF AND ON BEHALF OF WCP AND BCP BCP MINORS

Defendant:
TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, JANELL PEASE, DANIEL HERBRICH, REBECCA JIMENEZ, MARTIN PLACKE, LEE COUNTY TEXAS, BURLESON COUNTY TEXAS, ANNE HEILIGENSTEIN, JOHN DELANEY, SUSAN MARQUESS, KATHY WEISHUHN AND GLENN H WILLIAMS

### Officer's Return

Came to hand March 15, 2011 at 10:08 A.M. and executed in BASTROP County, Texas, on March 22, 2011 at 5:00 P.M. by delivering to PEASE, JANELL at 6044 FM 696,W MCDADE TX 78650, by certified mail, number 7005 1160 0001 0641 3690 return receipt requested, restricted delivery, a true copy of the Citation together with THE PLAINTIFF'S ORIGINAL PETITION AND NOTICE OF FILING OF NEW EFILE MANDATE ORDER.

Bruce Elfant,
Travis County Constable Precinct 5
Travis County, Texas

by: _____
                              Deputy

MIRACLE MOUNT

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | MAR 16 2011
Certified Fee | MAR 16 2011
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $

7005 1160 0001 0641 3690

D1GN11000761-5
Janell Pease
6044 FM 696, W
MCDADE TX 78650

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. D1GN11000761-5
   Janell Pease
   6044 FM 696, W
   MCDADE TX 78650

RESTRICTED DELIVERY ADDRESSEE ONLY

2. Article Number (Transfer from service label)
   7005 1160 0001 0641 3690

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name) | C. Date of Delivery 3-22-11
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RHETT W. PEASE, individually and as Best friend to and parent of and on behalf WCP and BCP, minors,<br>    Plaintiffs,<br><br>v.<br><br>TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, JANELL PEASE, DANIEL HERBRICH, REBECCA JIMENEZ, MARTIN PLACKE, LEE COUNTY, TEXAS, ANNE HEILIGENSTEIN, JOHN DELANEY, SUSAN MARQUESS, KATHY WEISHUHN and GLENN H. WILLIAMS<br>    Defendants. | § § § § § § § § § § § § § § § § |

§ CIVIL ACTION NO. 1:11-CV-305-LY

SOLDIER'S & SAILORS' AFFIDAVIT CONCERNING JANELL PEASE

STATE OF TEXAS        }
COUNTY OF TRAVIS   }

On this day, Rhett Webster Pease appeared before me, the undersigned notary public. After I administered an oath to him, on his oath, he said:

"My name is Rhett Webster Pease. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Defendant, JANELL PEASE, is not in the military. Defendant is an individual whom I have known for more than 20 years.

_____
Rhett Webster Pease

SWORN TO and SUBSCRIBED before me by Rhett Webster Pease on May 5, 2011.

Paula M. Boyd
Notary Public
State of Texas
My Commission Expires
April 22, 2012

_____
Notary Public in and for the State of Texas